IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELO TYRONE COOPER,  )  <br>  ) <br> Petitioner,  ) <br>  ) <br> v.  ) <br>  ) <br> ROXANNA BENDER, *et al.*,  ) <br>  ) <br> Respondents.  ) | Civil Action No. 2:12cv1021-TMH <br> (WO) |

## **ORDER**

On August 20, 2013, Petitioner Angelo Tyrone Cooper, through counsel, filed a motion for voluntary dismissal (Doc. No. 25) of this action pursuant to Fed.R.Civ.P. 41(a)(2). Upon consideration of Petitioner's motion, and for good cause, it is hereby ORDERED that:

1. Petitioner's motion for voluntary dismissal of this action pursuant to Fed.R.Civ.P. 41(a)(2) is GRANTED; and

2. This action is DISMISSED without prejudice.

DONE this 30th day of September, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE